**No. 26-12228-B**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

NILHAN FINANCIAL, LLC,

Appellant,

v.

DOUGLAS N. MENCHISE and
SEG GATEWAY, LLC,

Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida, Tampa Division

---

# APPELLEE'S MOTION TO DISMISS APPEAL

---

Lara Roeske Fernandez, Esquire
Florida Bar No. 88500
lfernandez@trenam.com
Rhys P. Leonard, Esquire
Florida Bar No. 59176
rleonard@trenam.com
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill and Mullis, P.A.
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Tel: (813) 223-7474
Fax: (813) 227-0404

No. 26-12228-B, *Nilhan Financial, LLC v. Douglas N. Menchise, et al*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 – 26.1-3, the undersigned counsel of record for Appellee Douglas N. Menchise, as chapter 7 Trustee for Nilhan Financial, LLC certifies the following is a complete list of the judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Burgess, The Honorable Jason A. (Middle District of Florida Bankruptcy Judge)

Fernandez, Lara Roeske (counsel for Appellee)

Leonard, Rhys P. (counsel for Appellee)

Menchise, Douglas N., as chapter 7 Trustee (Appellee)

Moffa, John A. (counsel for Appellant)

Moffa Law Partners, PA d/b/a Moffa & Bierman (counsel for Appellant)

Nilhan Financial, LLC (Appellant)

Scriven, The Honorable Mary S. (Middle District of Florida District Court Judge)

SEG Gateway, LLC (Appellee)

Shuker & Dorris, P.A. (counsel for appellee SEG Gateway)

Shuker, R. Scott (counsel for Appellee SEG Gateway)

Thakkar, Chittranjan K. (equity owner of Appellant)

Thakkar, Niloy (equity owner of Appellant)

Thakkar, Rohan (equity owner of Appellant)

Trenam Law (counsel for Appellee)

## MOTION TO DISMISS APPEAL

Appellee Douglas N. Menchise, as Chapter 7 Trustee of Nilhan Financial, LLC ("Appellee"), hereby files this Motion to Dismiss this appeal because this Court lacks jurisdiction. In support of this motion, Appellee states:

1. This is an appeal of an order (the "Order") from the United States District Court for the Middle District of Florida (the "District Court") affirming a decision of the United States Bankruptcy Court for the Middle District of Florida.

2. As set forth in the Notice of Appeal, the Order was entered on May 22, 2026.

3. Appellant filed its Notice of Appeal on June 25, 2026, 34 days after the District Court entered the Order.

4. As reflected on the District Court docket, attached hereto as **Exhibit A**, Appellant did not seek rehearing, move to alter or amend the Order or move for an extension of time to file a notice of appeal.

5. Pursuant to Fed. R. App. P. 4(a)(1)(A), a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from."

6. Fed. R. App. P. 4(a)(1)(A) applies in appeals from an order of a district court exercising appellate jurisdiction in a bankruptcy case or proceeding. *See* Fed. R. App. P. 6(b)(1); *see also In re Sugarloaf Centre, LLC.*, 2022 WL 3452836, at *1 (11th Cir. Mar. 4, 2022) (dismissing appeal as untimely and holding Fed. R. App. P. 4(a)(1) applies to appeals from an order of the district court exercising appellate jurisdiction in a bankruptcy appeal).

7. This Court has repeatedly held that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement. *See, e.g., Emergency Recovery, Inc. v. Hufnagle,* 77 F.4th 1317, 1325 (11th Cir. 2023); *Ruiz v. Wing,* 991 F.3d 1130, 1137 (11th Cir. 2021) (if an appellant fails to file a timely notice of appeal, "we lack jurisdiction to consider the appeal."); *Holloman v. Mail-Well Corp.,* 443 F.3d 832, 844 (11th Cir. 2006) ("It is by now abundantly clear that a timely and properly filed notice of appeal is a mandatory prerequisite to appellate jurisdiction. […] This rule is absolute and inflexible.").

8. Because Appellant failed to file a timely notice of appeal, this Court lacks jurisdiction to consider this appeal.

WHEREFORE, Appellant respectfully requests that this Court dismiss this appeal for lack of jurisdiction.

No. 26-12228-B, *Nilhan Financial, LLC v. Douglas N. Menchise, et al*

Dated: August 12, 2026

*/s/ Rhys P. Leonard*
Lara Roeske Fernandez, Esquire
Florida Bar No. 88500
lfernandez@trenam.com
Rhys P. Leonard, Esquire
Florida Bar No. 59176
rleonard@trenam.com
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill and Mullis, P.A.
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Tel: (813) 223-7474
Fax: (813) 227-0404

No. 26-12228-B, *Nilhan Financial, LLC v. Douglas N. Menchise, et al*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

I certify that this document complies with Fed. R. App. P. 32(g)(1) and 27(d)(2) because the motion contains 393 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font Times New Roman.

*/s/ Rhys P. Leonard*
Rhys P. Leonard

No. 26-12228-B, *Nilhan Financial, LLC v. Douglas N. Menchise, et al*

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served on this day on all counsel of record via the Court's CM/ECF Notice of Docket Activity.

*/s/ Rhys P. Leonard*
Rhys P. Leonard

# EXHIBIT A

APPEAL,BANKRUPTCY,CLOSED,LEAD,STAYED

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:25-cv-00938-MSS**

Nilhan Financial, LLC v. Menchise et al
Assigned to: Judge Mary S. Scriven
Case in other court: 11th Circuit, 26-12228-B
Bankruptcy Court, 8:17-bk-03597-BAJ
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 04/17/2025
Date Terminated: 05/22/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Nilhan Financial, LLC**

**Appellant**

**Nilhan Financial, LLC** represented by **John A. Moffa**
Moffa & Bierman
2598 East Sunrise Boulevard
Suite 2104 - #7734
Fort Lauderdale, FL 33304
954-634-4733
Fax: 954-337-0637
Email: John@moffa.law
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Douglas N. Menchise** represented by **Lara Roeske Fernandez**
Trenam Kemker
101 E Kennedy Blvd Ste 2700
PO Box 1102
Tampa, FL 33602
813/223-7474
Email: lfernandez@trenam.com
*ATTORNEY TO BE NOTICED*

**Rhys P Leonard**
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
813/223-7474
Email: rleonard@trenam.com
*ATTORNEY TO BE NOTICED*

**Appellee**

**SEG Gateway, LLC** represented by **R. Scott Shuker**
Shuker & Dorris, P.A.
Suite 1120 N
121 S. Orange Ave.
Orlando, FL 32801
407-337-2060
Email: rshuker@shukerdorris.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2025 | 1 | BANKRUPTCY notice of appeal by Nilhan Financial, LLC. Bankruptcy Court case number 8:17-bk-03597-BAJ. Filed in Bankruptcy Court on 4/15/25. (Attachments: # 1 Transmittal, # 2 Order)(LSS) (Entered: 04/17/2025) |
| 05/28/2025 | 2 | BANKRUPTCY RECORD on appeal consisting of items as designated on transmittal Related document: 1 Bankruptcy Notice of Appeal filed by Nilhan Financial, LLC. (Attachments: # 1 8-17-bk-03597_2Notice_of_Appeal, # 2 8-17-bk-03597_3Order_Denying_With_Prejudice_Debtors_Motion_to_Remove_the_Trustee_and_Order_Gra, # 3 8-17-bk-03597_4Apellee_Designation_of_Contents_for_Inclusion_in_Record_of_Appeal_of_Additional, # 4 8-17-bk-03597_5Statement_of_Issues_on_Appeal_ Appellant_Designation_of_Contents_for_Inclusion_in_Record_on_Appeal, # 5 8- |

17-bk-03597_Docket, # 6 8-17-bk-03597_Docket_000003_Amended_Document_To_Reflect_Correct_Form_Filed_by_Petitioning_Creditor_Moffa__B, # 7 8-17-bk-03597_Docket_000019_Order_Signed_by_Hon_Michael_G_Williamson_Re_Case_Number_615-bk-043448-MGW_to, # 8 8-17-bk-03597_Docket_000062_Order_and_Notice_Converting_Case_to_Chapter_11_on_Ore_Tenus_Motion_of_Debtor, # 9 8-17-bk-03597_Docket_000070_Voluntary_Petition_under_Chapter_11_Schedules_and_Summary_of_Assets_Statement, # 10 8-17-bk-03597_Docket_000072_Amendment_to_Schedule_EF, # 11 8-17-bk-03597_Docket_000073_Chapter_11_Case_Management_Summary_Pursuant_to_Local_Rule_2081-1_Filed_by_Michae, # 12 8-17-bk-03597_Docket_000155_Order_Granting_Motion_to_Reconvert_Case_to_Chapter_7_and_Denying_Debtors_Motion, # 13 8-17-bk-03597_Docket_000156_Order_and_Notice_Converting_Case_to_Chapter_7_Trustee_Douglas_N_Menchise_added, # 14 8-17-bk-03597_Docket_000167_Amendment_to_Schedule_ABSchedule_EF_and_Statement_of_Financial_Affairs, # 15 8-17-bk-03597_Docket_000195_Order_Denying_Motion_for_Reconsideration_of_Order_Granting_Motion_to_Reconvert_C, # 16 8-17-bk-03597_Docket_000220_Objection_to_Joint_Motion_to_Approve_Compromise_of_Controversy_or_Settlement_Agr, # 17 8-17-bk-03597_Docket_000275_Notice_of_Withdrawal_of_Niloy_Thakkars_Objection_to_Joint_Motion_to_Approve_Com, # 18 8-17-bk-03597_Docket_000276_Supplemental_Objection_to_Joint_Motion_to_Approve_Compromise_of_Controversy_or_S, # 19 8-17-bk-03597_Docket_000277_Supplemental_Objection_to_Joint_Motion_to_Approve_Compromise_of_Controversy_or_S, # 20 8-17-bk-03597_Docket_000279_Order_Canceling_Trial_and_Setting_Status_Conference, # 21 8-17-bk-03597_Docket_000284_Transcript_Regarding_Hearing_Held_83018_on_Matters_Outlined_in_Docket_281_To, # 22 8-17-bk-03597_Docket_000292_Order_Granting_Motion_to_Approve_Compromise_or_Settlement_Related Case and Parties_6-15-ap-98_6-17-ap-134_6-15-ap-135_6-17-cv-1252_6-17-cv-1281_6-16-cv-2044_6-16-cv-2062, # 23 8-17-bk-03597_Docket_000348_Order_Denying_Motion_for_Reconsideration, # 24 8-17-bk-03597_Docket_000417_Interim_Report_Period_Ending_03312019, # 25 8-17-bk-03597_Docket_000560_Interim_Report_Period_Ending_03312020, # 26 8-17-bk-03597_Docket_000563_ParT_1_Motion_for_Relief_from_Stay, # 27 8-17-bk-03597_Docket_000563_ParT_2_, # 28 8-17-bk-03597_Docket_000564_Exhibit_B_Part_1_of_2_to_Nilhan_Hospitalitys_Motion_for_Relief_from_the_Autom, # 29 8-17-bk-03597_Docket_000565_Exhibit_B_Part_2_of_2_to_Nilhan_Hospitalitys_Motion_for_Relief_from_the_Autom, # 30 8-17-bk-03597_Docket_000566_Exhibit_C_to_Nilhan_Hospitalitys_Motion_for_Relief_from_the_Automatic_Stay_File, # 31 8-17-bk-03597_Docket_000567_Exhibit_D_to_Nilhan_Hospitalitys_Motion_for_Relief_from_the_Automatic_Stay_File, # 32 8-17-bk-03597_Docket_000568_Objection_to_Nilhan_Financial_LLCs_Motion_for_Relief_from_the_Automatic_Stay_F, # 33 8-17-bk-03597_Docket_000569_Amended_Objection_to_Nilhan_Hospitality_LLCs_Motion_for_Relief_from_the_Automa, # 34 8-17-bk-03597_Docket_000585_Notice_of_Filing_in_support_of_the_Trustees_Amended_Objection_to_Nilhan_Hospital, # 35 8-17-bk-03597_Docket_000595_Notice_of_Withdrawal_of_Motion_for_Relief_from_Automatic_Stay_Filed_by_Edmund_S, # 36 8-17-bk-03597_Docket_000639_Interim_Report_Period_Ending_03312021, # 37 8-17-bk-03597_Docket_000660_ParT_1_Motion_to_Approve_Compromise_of_Controversy_or_Settlement_Agreement_Related_Cas, # 38 8-17-bk-03597_Docket_000660_ParT_2_, # 39 8-17-bk-03597_Docket_000666_Order_Granting_Motion_to_Approve_Compromise_or_Settlement, # 40 8-17-bk-03597_Docket_000778_Interim_Report_for_the_period_ending_33122, # 41 8-17-bk-03597_Docket_000899_Report_of_Payment_Received_Filed_by_Lara_Roeske_Fernandez_on_behalf_of_Trustee_D, # 42 8-17-bk-03597_Docket_000940_Interim_Report_Period_Ending_03312023, # 43 8-17-bk-03597_Docket_000943_Order_Sustaining_Second_Amended_Objection_to_Claim, # 44 8-17-bk-03597_Docket_000946_Order_Granting_Motion_to_Amend_or_Alter_Pursuant_to_Rule_52, # 45 8-17-bk-03597_Docket_000958_Final_Report_of_Chapter_7_Trustee_The_United_States_Trustee_has_reviewed_the_Ch, # 46 8-17-bk-03597_Docket_000959_ParT_1_Notice_of_Final_Report_of_Trustee_and_Applications_for_Compensation, # 47 8-17-bk-03597_Docket_000959_ParT_2_, # 48 8-17-bk-03597_Docket_000960_Order_Allowing_Administrative_Expenses_Fees_awarded_to_Douglas_N_Menchise_in_the, # 49 8-17-bk-03597_Docket_000961_Proof_of_Service_of_Order_Allowing_Administrative_Expenses_Filed_by_Trustee_Dou, # 50 8-17-bk-03597_Docket_000962_Objection_to_Claim, # 51 8-17-bk-03597_Docket_000968_Response_to_Chittranjan_Thakkars_Objection_to_Proof_of_Claim_Number_14_Filed_by, # 52 8-17-bk-03597_Docket_000969_Response_to_In_Opposition_to_Chittranjan_Thakkars_Objection_to_Claim_Number_14, # 53 8-17-bk-03597_Docket_000970_Order_Overruling_Objection_to_Claim, # 54 8-17-bk-03597_Docket_000972_ParT_1_Motion_for_Reconsideration_of_Order_Overruling_with_Prejudice_Thakkars_Objectio, # 55 8-17-bk-03597_Docket_000976_Order_Denying_Motion_for_Reconsideration_of_Order_Overruling_with_Prejudice_Chit, # 56 8-17-bk-03597_Docket_000979_ParT_1_Motion_to_Remove_the_Trustee_Pursuant_to_11_USC_§_324, # 57 8-17-bk-03597_Docket_000979_ParT_2_, # 58 8-17-bk-03597_Docket_000979_ParT_3_, # 59 8-17-bk-03597_Docket_000979_ParT_4_, # 60 8-17-bk-03597_Docket_000979_ParT_5_, # 61 8-17-bk-03597_Docket_000980_Motion_to_Set_Status_Conference_Regarding_Notice_of_Debtors_Intent_to_File_Misa, # 62 8-17-bk-03597_Docket_000982_Notice_of_Hearing_on_Motion_to_Set_Status_Conference_Regarding_Notice_of_Debtor, # 63 8-17-bk-03597_Docket_000984_Motion_Nilhan_Financial_LLCs_Motion_for_Referral_to_the_United_States_Attorney_f, # 64 8-17-bk-03597_Docket_000985_Response_to_Trustees, # 65 8-17-bk-03597_Docket_000986_Notice_of_Preliminary_Hearing_on_Motion_Nilhan_Financial_LLCs_Motion_for_Referra, # 66 8-17-bk-03597_Docket_000987_Response_to_Motion_Nilhan_Financial_LLCs_Motion_for_Referral_to_the_United_State, # 67 8-17-bk-03597_Docket_000988_Notice_of_Filing_Filed_by_R_Scott_Shuker_on_behalf_of_Good_Gateway_LLC_SEG_Gat, # 68 8-17-bk-03597_Docket_000989_Response_to_and_In_Opposition_of_Motion_to_Remove_the_Trustee_Pursuant_to_11_US, # 69 8-17-bk-03597_Docket_000991_Hearing_Proceeding_Memo_Hearing_Held_-

| | | |
|---|---|---|
| | | _APPEARANCES_WITNESSES_EVIDENCE_RULING, # 70 8-17-bk-03597_Docket_000992_StatementDisclosure_of_Compensation_of_Attorney_Filed_by_John_A_Moffa_on_behal, # 71 8-17-bk-03597_Docket_000993_Order_Denying_Motion_for_Criminal_Referral_to_the_United_States_Attorney_for_the, # 72 8-17-bk-03597_Docket_000998_Response_to_Trustees_Supplemental_Filing_to_Motion_to_Set_Status_Conference_and, # 73 8-17-bk-03597_Docket_000999_Motion_to_Determine_Liability_Responsible_Party_and_Relief_from_the_Barton_Doct, # 74 8-17-bk-03597_Docket_001000_Response_to, # 75 8-17-bk-03597_Docket_001001_Response_to_Sur_Reply_and_Reply_to_Reply_and_Resonse_Filed_by_John_A_Moffa_on_b, # 76 8-17-bk-03597_Docket_001002_Motion_For_Sanctions_for_Violation_of_the_Automatic_Stay_under_11_USC_Sec_36, # 77 8-17-bk-03597_Docket_001021_Transmittal_of_Notice_of_Appeal_to_District_Court_Case_No_825-cv-938-SDM) (Miguenes, Guillermo) (Entered: 05/28/2025) |
| 05/29/2025 | 3 | NOTICE of Appearance by Lara Roeske Fernandez on behalf of Douglas N. Menchise (Fernandez, Lara) (Entered: 05/29/2025) |
| 05/29/2025 | 4 | NOTICE of Appearance by Rhys P Leonard on behalf of Douglas N. Menchise (Leonard, Rhys) (Entered: 05/29/2025) |
| 06/26/2025 | 5 | Unopposed MOTION for Extension of Time to File Initial Brief by All Plaintiffs. (Moffa, John) (Entered: 06/26/2025) |
| 06/27/2025 | 6 | **ENDORSED ORDER GRANTING 5 Unopposed Motion for Extension of Time for Appellants to file and serve their initial briefs. Appellants shall file and serve their initial briefs on or before July 27, 2025. Signed by Judge Mary S. Scriven on 6/27/2025. (KMA)** (Entered: 06/27/2025) |
| 06/30/2025 | 7 | CERTIFICATE of service by Nilhan Financial, LLC . (Moffa, John) (Entered: 06/30/2025) |
| 07/28/2025 | 8 | Second Unopposed MOTION for Extension of Time to File Initial Brief by All Plaintiffs. (Moffa, John) Modified on 7/29/2025 to edit docket text (MSN). (Entered: 07/28/2025) |
| 07/29/2025 | 9 | **ORDER CONSOLIDATING CASES. This case is hereby consolidated with the case styled as Nilhan Financial, LLC v. Menchise et al., No. 8:25-cv-939-MSS. The Parties are ORDERED to file all prospective documents in this case. The Clerk is DIRECTED to close the case styled as Nilhan Financial, LLC v. Menchise et al., No. 8:25-cv-939-MSS. The Unopposed Motions to Further Extend the Deadline to File an Initial Brief are GRANTED. Appellant shall file an initial brief(s) on or before August 11, 2025. Appellant may file an initial brief for each Bankruptcy Court Order appealed. Signed by Judge Mary S. Scriven on 7/29/2025. (AC)** (Entered: 07/29/2025) |
| 08/11/2025 | 10 | APPELLANT'S BRIEF by Nilhan Financial, LLC. (Moffa, John) (Entered: 08/11/2025) |
| 08/28/2025 | 11 | Unopposed MOTION for Extension of Time to File Initial Brief by Douglas N. Menchise. (Leonard, Rhys) (Entered: 08/28/2025) |
| 09/02/2025 | 12 | **ENDORSED ORDER GRANTING 11 Appellee Douglas N. Menchise's Unopposed Motion to Extend the Deadline to File Initial Brief. Appellee may file his brief on or before October 10, 2025. Signed by Judge Mary S. Scriven on 9/2/2025. (CED)** (Entered: 09/02/2025) |
| 10/06/2025 | 13 | BANKRUPTCY RECORD on appeal consisting of items as designated on transmittal Related document: 1 Bankruptcy Notice of Appeal filed by Nilhan Financial, LLC. (Attachments: # 1 8-17-bk-03597.Notice of Intent Tee Bond.DE978.pdf, # 2 8-17-bk-03597.Tee Supplemental Filing.DE#997.pdf, # 3 817-bk-03597.Order.DE#995.pdf)(Miguenes, Guillermo) (Additional attachment(s) added on 10/6/2025: # 4 8-17-bk-03597 Joint Motion doc 210) (SAO). Modified on 10/6/2025 to add Attachment #4, per Bankruptcy (SAO). Modified text per Bankruptcy court to update (#4) on 10/6/2025 (AA). (Entered: 10/06/2025) |
| 10/09/2025 | 14 | APPELLEE'S BRIEF by Douglas N. Menchise. (Leonard, Rhys) (Entered: 10/09/2025) |
| 10/22/2025 | 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to 14 Appellee's brief - bankruptcy by Nilhan Financial, LLC. (Moffa, John) (Entered: 10/22/2025) |
| 10/23/2025 | 16 | **ENDORSED ORDER GRANTING Appellant Nilhan Financial, LLC's Unopposed Motion to Extend the Deadline to File Reply Brief. 15 Appellant Nilhan Financial, LLC shall have up to and including November 3, 2025, to file and serve a Reply Brief. Signed by Judge Mary S. Scriven on 10/23/2025. (ZAA)** (Entered: 10/23/2025) |
| 11/03/2025 | 17 | SUPPLEMENT by Nilhan Financial, LLC. (Attachments: # 1 Supplement)(Moffa, John) (Entered: 11/03/2025) |
| 11/03/2025 | 18 | APPELLANT'S REPLY BRIEF by Nilhan Financial, LLC. (Moffa, John) (Entered: 11/03/2025) |
| 11/04/2025 | 19 | SUPPLEMENTAL BANKRUPTCY RECORD on appeal consisting of items as designated on transmittal filed by Nilhan Financial, LLC. Related document: 1 Bankruptcy Notice of Appeal filed by Nilhan Financial, LLC. (Attachments: # 1 Appellant's Supplemental Designation of Record, # 2 Finding of Fact and Conclusions of Law Sustaining Amended Objection to Claim Three)(JNB) (Entered: 11/04/2025) |
| 12/31/2025 | 20 | APPENDIX re 10 Appellant's Brief by Nilhan Financial, LLC. (Attachments: # 1 Appendix)(Moffa, John) Modified on 1/5/2026 to edit docket text. (WLB). (Entered: 12/31/2025) |
| 05/22/2026 | 21 | **ORDER AFFIRMING the bankruptcy court's decisions. The Clerk is DIRECTED to transmit a copy of this Order to the Bankruptcy Court, terminate the consolidated appeals, and CLOSE this case. See Order for details. Signed by Judge Mary S. Scriven on 5/22/2026. (ZAA)** (Entered: 05/22/2026) |
| 05/26/2026 | 22 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket |

| | | |
|---|---|---|
| | | after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (LD) (Entered: 05/26/2026) |
| 06/25/2026 | 23 | NOTICE OF APPEAL as to 21 Order by Nilhan Financial, LLC. Filing fee $605, receipt number BFLMDC-25165473. ***Case Stayed. (Moffa, John) (Entered: 06/25/2026) |
| 06/26/2026 | 24 | TRANSMITTAL of initial appeal package to the U.S. Court of Appeals - 11th Circuit re 23 Notice of Appeal. Filing fee paid. (AW) (Entered: 06/26/2026) |
| 06/29/2026 | | ***11th Circuit Case Number: 26-12228-B for 23 Notice of Appeal filed by Nilhan Financial, LLC. (SET) (Entered: 06/29/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/12/2026 09:45:55 | | | |
| **PACER Login:** | rleonard0059176 | **Client Code:** | 253037 |
| **Description:** | Docket Report | **Search Criteria:** | 8:25-cv-00938-MSS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |